```
                                          FILED
                                          JUN  7 2005
                                      RICHARD W. WIEKING
                                     CLERK, U.S. DISTRICT COURT
                                   NORTHERN DISTRICT OF CALIFORNIA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MHC FINANCING LIMITED PARTNERSHIP etc et al, | Nos | C-00-3785 VRW<br>C-04-3325 VRW |
| Plaintiffs, | | ORDER |
| v | | |
| CITY OF SAN RAFAEL etc et al, | | |
| Defendants. | | |

In the wake of the Supreme Court's decision in <u>Lingle v Chevron USA, Inc</u>, --- S Ct ----, 2005 WL 1200710 (2005), defendants have filed a motion to dismiss in No 04-3325. Briefing on that motion is STAYED and the hearing date of July 7, 2005, is VACATED. The parties are ORDERED to appear for a further case management conference on June 14, 2005, at 9:00 am.

IT IS SO ORDERED.

/s/ V. Walker

VAUGHN R WALKER
United States District Chief Judge