E-Filing

1  JAMES M. WAGSTAFFE (95535)
   MICHAEL VON LOEWENFELDT (178665)
2  IVO LABAR (203492)
   **KERR & WAGSTAFFE LLP**
3  100 Spear St., Suite 1800
   San Francisco, CA 94105–1528
4  Tel: (415) 371-8500
   Fax: (415) 371-0500
5
   GARY T. RAGGHIANTI (43049)
6  **RAGGHIANTI FREITAS LLP**
   874 Fourth Street, Suite D
7  San Rafael, CA 94901
   Tel: (415)453-9433
8  Fax: (415) 453-8269
9
   Attorneys for Defendant
10 CITY OF SAN RAFAEL

FILED

JUL 8 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

C00-3785 VRW (handwritten)

| | |
|---|---|
| MHC FINANCING LIMITED PARTNERSHIP, an Illinois limited partnership; and GRAPELAND VISTAS, INC., an Illinois corporation,<br><br>Plaintiffs,<br>v.<br><br>CITY OF SAN RAFAEL, a municipal corporation, and CONTEMPO MARIN HOMEOWNERS ASSOCIATION, a California corporation,<br><br>Defendants. | Case No. C 04-3325 VRW<br><br>[PROPOSED] ORDER GRANTING CITY OF SAN RAFAEL'S STIPULATED ADMINISTRATIVE REQUEST TO SET HEARING ON SAN RAFAEL'S MOTION TO DISMISS FIRST AMENDED COMPLAINT FOR AUGUST 5, 2005<br><br>DEPT: 6<br><br>Hon. Vaughn R. Walker |

The stipulated administrative request by Defendant City of San Rafael seeking to have the hearing on its Motion to Dismiss the First Amended Complaint set for August 5, 2005 at 10:00 a.m. was filed July 6, 2005, pursuant to Northern District, Civil Local Rule 7-11.

The Court, having read and considered the defendant's papers, noting that all parties have stipulated to the request, and being fully advised, hereby finds that Defendant has stated good cause to have its motion to dismiss MHC's first amended complaint heard on August 5, 2005 at 10:00 a.m.

WHEREFORE, IT IS ORDERED:

1. The Court will hear argument on defendant City of San Rafael's Motion to Dismiss the First Amended Complaint on August 5, 2005 at 10:00 a.m.

2. San Rafael will file and serve its motion by no later than July 8, 2005.

3. Plaintiffs' opposition to that motion, if any, shall be filed and served no later than July 15, 2005.

4. Defendant's reply, if any, shall be filed and served no later than July 22, 2005.

5. Defendant's renewed motion to dismiss the Complaint in this action shall be deemed to be moot in light of the amended complaint, without any prejudice to any legal arguments made therein.

IT IS SO ORDERED.

DATED: _____

VAUGHN R. WALKER
UNITED STATES DISTRICT CHIEF JUDGE