United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MHC FINANCING LTD PARTNERSHIP, et al,

      Plaintiffs,

      v

CITY OF SAN RAFAEL, et al,

      Defendants.

                               /

No   C-04-3325 VRW

ORDER

In light of the court's January 27, 2006, order in case C-00-3785 VRW, the court instructs the parties to be prepared to discuss at the March 7, 2006, case management conference whether any issues remain to be decided in the present case. In particular, the parties should be prepared to discuss whether the claims in the present case are duplicative of those in case C-00-3785 VRW, whether the pending motion to dismiss in this case

//

//

(Doc #40) is moot or will likely become moot upon the filing of an amended complaint in C-00-3785 VRW and whether any remaining claims in this case can be consolidated with those in C-00-3785 VRW.

IT IS SO ORDERED.



VAUGHN R WALKER
United States District Chief Judge