David J. Bradford (*Pro Hac Vice*)
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, Illinois  60611-7603
Telephone:  (312) 923-2975
Facsimile:  (312) 840-7375

Kenneth E. Keller (State Bar No. 71450)
KRIEG, KELLER, SLOAN, REILLEY & ROMAN, LLP
114 Sansome Street, 4th Floor
San Francisco, California  94104
Telephone:  (415) 249-8330
Facsimile:  (415) 249-8333

Robert S. Coldren (State Bar No. 81710)
C. William Dahlin (State Bar No. 91269)
HART, KING & COLDREN
200 East Sandpointe, 4th Floor
Santa Ana, California  92707
Telephone:  (714) 432-8700
Facsimile:  (714) 546-7457

Attorneys for Plaintiffs
MHC FINANCING LIMITED PARTNERSHIP and
GRAPELAND VISTAS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MHC FINANCING LIMITED PARTNERSHIP, an Illinois limited partnership; and GRAPELAND VISTAS, INC., an Illinois corporation,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>CITY OF SAN RAFAEL,<br><br>　　　　Defendant,<br><br>CONTEMPO MARIN HOMEOWNERS ASSOCIATION,<br><br>　　　　Defendant-Intervenor. | Case No. C 04-3325 VRW<br><br>**STIPULATED ADMINISTRATIVE REQUEST TO SUBMIT PLAINTIFFS' RULE 60(b)(6) MOTION WITHOUT ORAL ARGUMENT**<br><br>[GRANTED — Judge Vaughn R Walker — 7/9/2007] |

PURSUANT TO CIVIL LOCAL RULES 7-11 AND 7-12, THE PARTIES TO THIS ACTION, BY AND THROUGH THEIR RESPECTIVE ATTORNEYS, STIPULATE AS FOLLOWS:

1. Plaintiffs have filed a Rule 60(b)(6) Motion (the "Motion") and noticed the Motion for hearing on July 12, 2007.

2. The Motion is fully briefed.

3. In the event that the Court is willing to consider Plaintiffs' Rule 60(b)(6) Motion without oral argument, the parties hereby stipulate to forego oral argument and to submit the motion without further appearance related to the same.

4. Accordingly, the parties stipulate that good cause exists for an order granting the adminstrative request to submit Plaintiffs' Rule 60(b)(6) Motion without oral argument.

IT IS SO STIPULATED.

Dated: July 3, 2007                MHC FINANCING LIMITED PARTNERSHIP

                                   By: _____
                                       One of Its Attorneys

Dated: July 3, 2007                **CITY OF SAN RAFAEL**

                                   By: _____
                                       One of Its Attorneys

Dated: July ___, 2007              **CONTEMPO MARIN HOMEOWNERS ASSOCIATION**

                                   By: _____
                                       One of Its Attorneys

1

## PROOF OF SERVICE

I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to the action. My business address is 330 North Wabash Avenue, Chicago, Illinois 60611. On Tuesday, July 3, 2007, I caused the foregoing document described as Stipulated Adminstrative Request to Submit Plaintiffs' Rule 60(b)(6) Motion Without Oral Argument to be served on the interested parties in the action as follows:

☐ by placing ☐ the original ■ a true copy thereof enclosed in sealed envelopes addressed as stated on the ATTACHED SERVICE LIST.

■ BY MAIL: I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice, the correspondence or documents would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Chicago, Illinois in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more that one day after deposit for mailing in the affidavit.

■ BY ELECTRONIC SERVICE.

☐ BY FEDERAL EXPRESS: I caused such envelope to be placed for collection and delivery on this date in accordance with standard Federal Express delivery procedures.

☐ BY FAX: In addition to service by mail, I transmitted a copy of the foregoing document(s) on this date via telecopier to the facsimile numbers shown above.

☐ BY PERSONAL SERVICE: I caused such envelope to be delivered by hand to the above referenced person(s).

☐ [State]   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

■ [Federal]   I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 3, 2007 at Chicago, Illinois.

/s/ David J. Bradford

# SERVICE LIST

**Attorney for City of San Rafael:**

Michael Von Loewenfeldt, Esq.
Ivo Labar, Esq.
James M. Wagstaffe, Esq.
Kerr & Wagstaffe, LLP
100 Spear Street, Suite 1800
San Francisco, California 94105-1528
mvl@kerrwagstaffe.com
labar@kerrwagstaffe.com
wagstaffe@kerrwagstaffe.com

*By E-filing and U.S. Mail*

**Attorney for Intervenors:**

Gordon Atkinson, Esq.
Craig Daniel, Esq.
Cooley Godward, LLP
One Maritime Plaza - 20th Floor
San Francisco, California 94111-3580
atkinsongc@cooley.com
ccdaniel@cooley.com

*By E-filing and U.S. Mail*

**City Attorney for City of San Rafael:**

Gary T. Ragghianti, Esq.
City of San Rafael
1400 Fifth Avenue
P. O. Box 151560
San Rafael, California  94915-1560

*By U.S. Mail*

1

STIPULATED ADMINSTRATIVE REQUEST TO SUBMIT
PLAINTIFFS' RULE 60(b)(6) MOTION WITHOUT ORAL ARGUMENT
Case No. C 04-3325 VRW